# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA SOLIS, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>              Defendant. | Case Nos.  1:25-cv-01446-JLT-EGC<br>              1:25-cv-01840-JLT-EGC<br>              1:26-cv-01068-JLT-EGC<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED ACTIONS**<br><br>(Doc. 17) |
| NORMA SOLIS, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>              Defendant. | |
| STATE FARM GENERAL INSURANCE CO.,<br><br>              Plaintiff,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>              Defendant. | |

On June 29, 2026, the parties filed a Stipulation to Consolidate Related Actions (the "Stipulation"), (Doc. 17), stipulating to the consolidation of three cases: *Solis v. Volkswagen Group of America, Inc.*, No. 1:25-cv-01446-JLT-EGC; *State Farm General Insurance Company v. Volkswagen Group of America, Inc.*, No. 1:25-cv-01840-JLT-EGC; and *Solis v. Volkswagen Group of America, Inc.*, No. 1:26-cv-01068-JLT-EGC.

Having considered the Stipulation, and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. The following related actions are CONSOLIDATED for all purposes pursuant to Federal Rule of Civil Procedure 42(a):

   a. *Solis, et al. v. Volkswagen Group of America, Inc.*, No. 1:25-cv-01446-JLT-EGC;

   b. *State Farm General Insurance Company v. Volkswagen Group of America, Inc.*, No. 1:25-cv-01840-JLT-EGC; and,

   c. *Solis, et al. v. Volkswagen Group of America, Inc.*, No. 1:26-cv-01068-JLT-EGC.

2. The consolidated action SHALL proceed under No. 1:25-cv-01446-JLT-EGC as the lead case.

3. All future filings SHALL be made in No. 1:25-cv-01446-JLT-EGC and shall bear the consolidated caption.

4. The Clerk of Court is DIRECTED to administratively close Nos. 1:25-cv-01840-JLT-EGC and 1:26-cv-01068-JLT-EGC and to direct all future filings to Case No. 1:25-cv-01446-JLT-EGC.

5. The Scheduling Order, (Doc. 16), entered in No. 1:25-cv-01446-JLT-EGC SHALL govern the consolidated action, except as otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

UNITED STATES MAGISTRATE JUDGE

2