# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

NORMA SOLIS, et al.,

Plaintiffs,

v.

VOLKSWAGEN GROUP OF AMERICA, INC.,

Defendant.

Case No. 1:25-cv-01446-JLT-EGC (Lead Case)

Related Cases: 1:25-cv-01840-JLT-EGC; 1:26-cv-01068-JLT-EGC

**ORDER GRANTING RENEWED STIPULATION TO MODIFY SCHEDULING ORDER**

(Doc. 24)

Having considered the parties' Renewed Stipulation to Modify the Scheduling Order, (Doc. 24), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the date Scheduling Order, (Doc. 16), are **VACATED** and **CONTINUED** according to the revised schedule below:

| **Event** | **Scheduled Date** | **Continued Date** |
|---|---|---|
| Non-Expert Discovery | January 8, 2027 | April 9, 2027 |
| Disclosure of Experts | January 22, 2027 | April 23, 2027 |
| Disclosure of Rebuttal Experts | February 5, 2027 | May 7, 2027 |
| Expert Discovery Deadline | April 2, 2027 | July 2, 2027 |
| Non-Dispositive Motions (filing deadline) | April 14, 2027 | July 14, 2027 |
| Non-Dispositive Motions (hearing deadline) | May 19, 2027 | August 18, 2027 |
| Dispositive Motions (filing deadline) | June 14, 2027 | September 13, 2027 |
| Dispositive Motions (hearing deadline) | July 19, 2027 | October 18, 2027 |
| Pretrial Conference | November 15, 2027 | January 10, 2028 |
| Trial | January 19, 2028 | March 7, 2028 |

This Order applies to each of the Related Actions, including the consolidated action.

IT IS SO ORDERED.

Dated: **November 23, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE